# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2021 KW 0372

VERSUS

CHADDRICK PIPER                                 **JUNE 7, 2021**

In Re:    Chaddrick Piper, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-15-0203.

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**  The records of the East Baton Rouge Parish
Clerk of Court's Office reflect that the district court set a
hearing on July 15, 2021, to resentence relator.  Further, the
district court issued an order to the Department of Corrections,
ordering that relator be transported to the district court on or
before July 15, 2021, at 9:00 a.m.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT